AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00308 SOM-01 |

JEANNIE L. BUCIO

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 3 o'clock and 10 min P M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST JEANNIE L. BUCIO and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| [signature] | |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | NOVEMBER 21, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at          By: Susan Oki Mollway, United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/22/06 | Tony Cole | Tony Cole |
| Date of Arrest | DUSM | |
| 03/14/06 | | |