# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 02-00308SOM

CASE NAME: USA vs. (01) Jeannie L. Bucio

ATTYS FOR PLA: Keith Celebrezze
J. Martin Romualdez (USPO)

ATTYS FOR DEFT: 01 Arthur Ross

INTERPRETER:

JUDGE: Susan Oki Mollway          REPORTER: Sharon Ross

DATE: 3/17/2006                   TIME: 2:30 - 3:05

COURT ACTION: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (01) Jeannie L. Bucio present and in custody.

Defendant admits to all 6 violations.

Court finds that there is sufficient evidence to support all 6 violations and the defendant has not met the conditions of supervised release.

Allocution by the Defendant.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: 12 Months and 2 Days.

Supervised Release: 12 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event, the maximum shall increase to up to one valid drug test per day.

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall participate in a substance abuse program, which may include drug and alcohol testing or residential treatment, at the discretion and direction of the Probation Office.

- The defendant is prohibited from the possession and/or use of alcohol.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant serve up to 6 months community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office. Within 2 months of beginning community confinement, the defendant shall have either obtained employment, or have enrolled in a educational program that has been approved by

the Probation Office. Within 4 months of beginning her community confinement, the defendant shall present to the Probation Office her plan for her residence when she has completed community confinement.

> That the defendant is prohibited from utilizing any name other than her true legal name for any reason. For purposes of this special condition, the defendant's true legal name shall include the following appellations: Jeannie L. Bucio, Jeannie Lynn Bucio, Jeannie Bucio, Jeannie L. Savea, Jeannie Lynn Savea, Jeannie Savea. The defendant is required to notify the Probation Officer within 24 hours of using or representing herself under any other name.

▸ That the defendant shall pay restitution of $10,486.92 to the following payees and in the following amounts: Restitution of $2,283.02 to Enrique and Desiree Panlilio; $6,486.10 to USAA Insurance; and $1,717.80 to Matthew Bullock, for a total of $10,486.92 is due immediately and payable jointly and severally with codefendant Christopher K. Horner, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.

Defendant advised of her right to appeal

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.